1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                                )
In re AMAZON.COM, INC., SECURITIES      )        No. C01-0358L
LITIGATION                                                  )
                                                                )        ORDER GRANTING JAMES J.
                                                                )        REARDON, JR.'S REQUEST FOR AN
                                                                )        EXTENSION OF TIME
This document relates to All Actions.           )
                                                                )
_____)

13

14

15

16

17

18

19

20

        This matter comes before the Court on class member James J. Reardon, Jr.'s

"Motion for Extension of Time Nunc Pro Tunc to File Objection to the Proposed Settlement"

(Dkt. # 240) and plaintiffs' opposition thereto (Dkt. # 241).  Class counsel does not dispute that

Mr. Reardon received the Notice of Pendency and Proposed Settlement of Class Action after the

date for filing objections had passed.  His untimely objections will, therefore, be considered in

the context of the settlement hearing scheduled for September 22, 2005.  Mr. Reardon's motion

for an extension of time is GRANTED.

21

22

        DATED this 19th day of September, 2005.

23

24

25

                                                _____
                                                Robert S. Lasnik
                                                United States District Judge

26

ORDER GRANTING JAMES J. REARSON JR.'S
REQUEST FOR AN EXTENSION OF TIME