THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re AMAZON.COM, INC. SECURITIES LITIGATION ) ) ) | Master File No. C-01-0358-L |
| This Document Relates To: ) ) | <u>CLASS ACTION</u> |
| ALL ACTIONS. ) ) ) | ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

This matter having come before the Court on Lead Plaintiffs' motion for approval of the Plan of Allocation of net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Amended Stipulation of Settlement dated as of May 13, 2005 (the "Amended Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Class Members advising them of the Plan of Allocation and of their

ORDER APPROVING PLAN OF ALLOCATION
OF SETTLEMENT PROCEEDS (C-01-0358-L)

- 1 -

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

1  right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who

2  are Class Members to be heard with respect to the Plan of Allocation.

3         3.        The Court hereby finds and concludes that the formula for the calculation of the

4  claims of Authorized Claimants which is set forth in the Memorandum of Points and Authorities in

5  Support of Lead Plaintiffs' Motion for Final Approval of Settlement and Plan of Allocation of

6  Settlement Proceeds, submitted herewith, and in the Notice of Pendency and Proposed Settlement of

7  Class Action (the "Notice") sent to Class Members, provides a fair and reasonable basis upon which

8  to allocate the proceeds of the Settlement Fund established by the Amended Stipulation among the

9  Class Members, with due consideration having been given to administrative convenience and

10 necessity.  This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice,

11 taken in conjunction with Plaintiffs' Counsel's agreement that the Claims Administrator shall accept

12 for processing all claims filed before the date of Final Judgment and all subsequently-filed claims

13 that would not materially delay the disbursement of the settlement money to class members, is in all

14 respects fair and reasonable and the Court hereby approves the Plan of Allocation.

15        IT IS SO ORDERED.

16        Dated this 10th day of November, 2005.

                        *signature*
                        Robert S. Lasnik
                        United States District Judge

ORDER APPROVING PLAN OF ALLOCATION
OF SETTLEMENT PROCEEDS (C-01-0358-L)

- 2 -

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058 • Fax: 619/231-7423