THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re AMAZON.COM, INC. SECURITIES LITIGATION | Master File No. C-01-0358-L |
| This Document Relates To:<br>ALL ACTIONS. | CLASS ACTION<br>ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

This matter having come before the Court on September 22, 2005, on the motion of plaintiffs' counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  All of the capitalized terms used herein shall have the same meanings as set forth in the Amended Stipulation of Settlement dated as of May 13, 2005 (the "Amended Stipulation").

ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (C-01-0358-L)

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058 • Fax: 619/231-7423

- 1 -

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Settlement Counsel attorneys' fees of twenty-five percent (25%) of the Settlement Fund plus reimbursement of litigation expenses in the amount of $912,988.49, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the "benchmark" percentage is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The fees and expenses shall be allocated among plaintiffs' counsel in a manner which, in Plaintiffs' Settlement Counsel's good-faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Plaintiffs' Settlement Counsel subject to the terms, conditions and obligations of the Amended Stipulation, and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

IT IS SO ORDERED.

Dated this 10th day of November, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES (C-01-0358-L)

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058 • Fax: 619/231-7423

- 2 -